UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10299
_____


MARY J. RUPPE                            PLAINTIFF-APPELLANT-CROSS APPELLEE

versus

PRINCIPAL MUTUAL LIFE
INSURANCE COMPANY                        DEFENDANT-APPELLEE-CROSS-APPELLANT


_____

Appeal from the United States District Court
for the Northern District of Texas, Dallas
(3:94-CV-177-P)
_____

September 8, 1997
Before REAVLEY, BARKSDALE, and STEWART, Circuit Judges:

PER CURIAM:[*]

        **AFFIRMED**. See Local Rule 47.6.


_____

        [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.